2:08CV229-WKW

AO 241
REV 6/82

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

RECEIVED

2008 MAR 28 A 9 34

DEBRA P. HACK...
U.S. DISTRICT
MIDDLE DISTRICT ALA

| United States District Court | District | |
|---|---|---|
| Name ALFONSO NORMAN | Prisoner No. 1128800 | Docket No. CC-91-0398.60 |
| Place of Confinement | F.C.I. MEMPHIS P.O. BOX 34550 MEMPHIS, TN. 38134-0550 | |

| Name of Petitioner (include name upon which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| ALFONSO NORMAN | v. STATE OF ALABAMA |

The Attorney General of the State of:

## PETITION

1. Name and location of court which entered the judgment of conviction under attack  **CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT, MONTGOMERY, ALABAMA**

2. Date of judgment of conviction  **1991**

3. Length of sentence  **5 YEAR (SPILT)**

4. Nature of offense involved (all counts)  **POSS. OF CON. SUB.**

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   **NO**

6. Kind of trial: (Check one)
   (a) Jury ☐
   (b) Judge only ☒

7. Did you testify at the trial?
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒

AO 241
REV 6/82

9. If you did appeal, answer the following:

   (a) Name of court __N/A__

   (b) Result _____

   (c) Date of result _____

   (d) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT__

        (2) Nature of proceeding __CORAM NOBIS__

        (3) Grounds raised __LACK OF JURISDICTION TO ACCEPT THE GUILTY PLEA, AND VIOLATION OF PETITIONER'S FIFTH AND SIXTH AMENDMENT RIGHTS, PURSUANT TO (BOYKINS) RIGHTS__

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐ No ☒

        (5) Result __DENIED__

        (6) Date of result __UNKNOWN__

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court __CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT__

        (2) Nature of proceeding __RULE 32 PURSUANT TO ALABAMA RULES AND CRIMINAL PROCEDURE__

AO 241
REV 6/82

(3) Grounds raised __LACK OF JURISDICTION TO ACCEPT THE GUILTY PLEA,__
__AND VIOLATION OF PETITIONER'S FIFTH AND SIXTH AMENDMENT__
__RIGHTS, PURSUANT TO (BOYKINS) RIGHTS__

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☒
(5) Result __DENIED__
(6) Date of result __UNKNOWN__

(c) As to any third petition, application or motion, give the same information:
(1) Name of court __N/A__
(2) Nature of proceeding __"__
(3) Grounds raised __"__

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☐
(5) Result __N/A__
(6) Date of result __"__

(d) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.      Yes ☒  No ☐
(2) Second petition, etc.    Yes ☐  No ☒
(3) Third petition, etc.     Yes ☐  No ☒
(e) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:
__YES I PROCEEDEED TO THE HIGHEST COURT__

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241
REV 6/82

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: __THE COURT LACKED JURISDICTION BECAUSE THE INDICTMENT__

__WAS VOID AND A VIOLATION OF DUE PROCESS ACCORDING TO BOYKINS,ETC...__

Supporting FACTS (tell your story *briefly* without citing cases or law): __THE INDICTMENT ALLEGED__

__NO ELEMENTS AND THEREFORE WAS VOID--- THE GUILTY PLEA VIOLATED__
__THE DUE PROCESS CLAUSE, AS WELL AS BOYKINS, AND ALA.RULE & CODES__
__13.2 (a) & (b) and 1975 15-8-25 in accordance with Rule 32.1__

B. Ground two: __N/A        ASCERTAIN INTO ONE (1) UP TOP__

__VIOLATED DUE PROCESS CLAUSE__

Supporting FACTS (tell your story *briefly* without citing cases or law): __N/A__

__ASCERTAIN INTO ONE (1) UP TOP__

AO 241
REV 6/82

C. Ground three: __N/A__

Supporting FACTS (tell your story *briefly* without citing cases or law): __N/A__

D. Ground four __N/A__

Supporting FACTS (tell your story *briefly* without citing cases or law): __N/A__

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: ____

    __N/A__

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐  No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing __UNKNOWN__

    (b) At arraignment and plea __UNKNOWN__

AO 241
REV 6/82

(c) At trial __N/A__

(d) At sentencing __N/A__

(e) On appeal __N/A__

(f) In any post-conviction proceeding __N/A__

(g) On appeal from any adverse ruling in a post-conviction proceeding __N/A__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☐  No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☒  No ☐
   (a) If so, give name and location of court which imposed sentence to be served in the future: __IN THE UNITED STATES DISTRICT FOR THE MIDDLE DISTRICT ALABAMA__

   (b) Give date and length of the above sentence: __UNKNOWN (LENGTH--10 YEARS)__

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ☒  No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on
__3/15/2008__
(date)

__Alfonso Norman__
Signature of Petitioner

(7)

Alfonso Norman# 11288-002
P.O. Box 34550
Federal Correctional Institution
Memphis, TN 38184-0550



Legal Mail

OFFICE OF THE CLERK
MIDDLE DISTRICT OF ALABAMA
206 U.S. COURTHOUSE
15 LEE STREET
P. O. BOX 711
MONTGOMERY, ALABAMA 36104