IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALPHONSO NORMAN, )<br>Reg. No 11288-002, )<br>)<br>Petitioner, )<br>)<br>v )<br>)<br>STATE OF ALABAMA, *et al.*, )<br>)<br>Respondents. ) | Civil Action No.2:08cv229-WKW |

**O R D E R**

Pending before the court is Petitioner's application for habeas corpus relief. Petitioner has not submitted the $5.00 filing fee nor has he filed a motion for leave to proceed *in forma pauperis*. Petitioner, therefore, shall be granted additional time to either provide the court with the $5.00 filing fee or with the information necessary for a determination of whether he should be allowed to proceed *in forma pauperis* in this cause of action.

Accordingly, it is ORDERED that:

1. On or before April 21, 2008, Petitioner either submit the $5.00 filing fee or file the appropriate affidavit in support of a motion for leave to proceed *in forma pauperis*. Petitioner is cautioned that his failure to comply with this Order will result in a

recommendation by the undersigned that this case be dismissed; and

    2. The Clerk of Court SEND a form for use in filing a motion to proceed *in forma pauperis* to Petitioner.

Done this 31st day of March, 2008.

                               /s/Susan Russ Walker
                             SUSAN RUSS WALKER
                             UNITED STATES MAGISTRATE JUDGE