```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004479
Cashier ID: brobinso
Transaction Date: 03/31/2008
Payer Name: TAMMY MONTGOMERY
------------------------------------
WRIT OF HABEAS CORPUS
 For: ALPHONSO NORMAN
 Case/Party: D-ALM-2-08-CV-000229-001
 Amount:        $5.00
------------------------------------
CASH
 Amt Tendered:  $5.00
------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00
```