| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Giuner<br>C. Date of Delivery 4/2/08 |
| Troy King<br>Attorney General for the State of AL<br>11 S. Union Street<br>Montgomery, AL 36101 | address different from item 1? ☐ Yes<br>ter delivery address below: ☐ No<br>08CV229<br>PO + Petition |
|  | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service la | 7007 2680 0003 1841 5370 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540