**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Bruce Pearson, Warden
MEMPHIS FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 34550
MEMPHIS, TN 38134

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name): _Paul Hendry_
C. Date of Delivery: 4-3-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

08cv229
por cmp

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 2680 0003 1841 5813

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540