IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALPHONSO NORMAN, ) | |
| Reg. No. 11288-002, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Civil Action No.2:08cv229-WKW |
| ) | |
| STATE OF ALABAMA, *et al.*, ) | |
| ) | |
| Respondent. ) | |

**REQUEST FOR TIME IN WHICH TO RESPOND**

Come now Respondent in the above-styled cause and request twenty-one days in which to respond to this Court's Order. The undersigned has been involved in other work in the appellate courts, the circuit courts, and the federal district courts and therefore, has had insufficient time in which to complete the Order.

Wherefore, in consideration of the aforementioned reasons Respondent prays that this Honorable Court grant its request for twenty-one days in which to respond.

I am this date, mailing a copy of this request for an extension of time to Petitioner.

        Respectfully submitted,

        Troy King, ASB #KIN047
        *Attorney General*
        By-


        <u>s/Beth Slate Poe</u>
        Beth Slate Poe ID#POE005
        *Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>21st</u> day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>Alfonso Norman, Prisoner No. 11288002, F.C.I. Memphis, P.O. Box 34550, Memphis, TN.  38134-0550</u>.

    Respectfully submitted,

    s/Beth Slate Poe (POE005)
    Beth Slate Poe (POE005)
    Office of the Attorney General
    Alabama State House
    11 South Union
    Montgomery, AL  36130-0152
    Telephone:  (334) 242-7300
    Fax:  (334) 242-2848
    E-Mail:  bpoe@ago.state.al.us

632143/120155-001