Order Stricken from docket