IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALPHONSO NORMAN,<br>Reg. No. 11288-002, | )<br>)<br>) |
| Petitioner, | )<br>) |
| vs. | )   Civil Action No.2:08cv229-WKW<br>) |
| STATE OF ALABAMA, *et al.*, | )<br>) |
| Respondent. | ) |

**MOTION TO WITHDRAW**

Comes now counsel for Respondent, Beth Slate Poe, and withdraws as counsel for Respondent, State of Alabama, in the above-styled cause, and substitute J. Thomas Leverette as counsel of record.

    Respectfully submitted,

    Troy King, ASB #KIN047
    *Attorney General*
    By-


    s/Beth Slate Poe
    Beth Slate Poe ID#POE005
    *Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  Alfonso Norman, Prisoner No. 11288002, F.C.I. Memphis, P.O. Box 34550, Memphis, TN.  38134-0550.

    Respectfully submitted,

    s/Beth Slate Poe (POE005)
    Beth Slate Poe (POE005)
    Office of the Attorney General
    Alabama State House
    11 South Union
    Montgomery, AL  36130-0152
    Telephone:  (334) 242-7300
    Fax:  (334) 242-2848
    E-Mail:  bpoe@ago.state.al.us

639281/120155-001