IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALPHONSO NORMAN, )<br> Reg. No 11288-002, )<br> )<br> Petitioner, )<br> )<br>v )<br> )<br>STATE OF ALABAMA, *et al.*, )<br> )<br> Respondents. ) | Civil Action No.2:08cv229-WKW |

**ORDER ON MOTION**

On May 12, 2008 (Doc. No. 11), Assistant Attorney General Beth Slate Poe filed a motion to withdraw as counsel for Respondent State of Alabama and to substitute Assistant Attorney General J. Thomas Leverette as counsel of record for Respondent State of Alabama in this matter. Upon consideration of this motion, and for good cause, it is

ORDERED that this motion (Doc. No. 11) be and is hereby GRANTED.

Done this 12th day of May, 2008.

　　　　　　　　　　　　　　　　/s/Susan Russ Walker
　　　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE