IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 MAY 13 P 1:35

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ALPHONSO NORMAN,  )  <br> (AKA: ALFONSO NORMAN),  ) <br> Petitioner,  ) <br>   ) <br> vs.  ) <br>   ) <br> STATE OF ALABAMA,  ) <br> and the ALABAMA  ) <br> ATTORNEY GENERAL,  ) <br>   ) <br> Respondents.  ) | CIVIL ACTION NO. <br> 2:08-cv229-WKW |

**CONFLICT DISCLOSURE STATEMENT**

Comes now Troy King, and the State of Alabama, by and through Counsel named below, and make the following disclosure regarding potential conflicts of interest relating to those designated in this Court's General Order No. 3047:

Troy King, named to the above-captioned case as required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules Governing Habeas Corpus Cases Under Section 2254 Cases, has been sued in his official capacity. The Petitioner appears to be a federal inmate, and the current warden is not represented by the undersigned counsel. The Alabama Attorney General does not possess any known

affiliations that would create a "professional or financial conflict for a judge" on this Court.

/s/ J. Thomas Leverette
J. Thomas Leverette (LEV007)
Assistant Attorney General
Counsel for Respondents

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2008, I mailed by United States Postal Service, first class, postage prepaid, a copy the Conflict Disclosure Statement to Norman, addressed as follows:

>Alfonso Norman
>Prison No. 11288002
>F.C.I. Memphis
>P. O. Box 3450
>Memphis, Tennessee  38134

>/s/ J. Thomas Leverette
>J. Thomas Leverette (LEV007)
>Assistant Attorney General
>Counsel for Respondents

Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL  36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: TLeverette@ago.state.al.us

640373/120155-001