IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALFONSO NORMAN, | ) |
| Petitioner, | ) CIVIL ACTION NO. 2:08cv229-WKW |
| vs. | ) |
| STATE OF ALABAMA, | ) |
| Respondent. | ) |

MOTION FOR EXTENSION OF TIME

Comes Now Petitioner Alfonso Norman in the capacity of a pro-se litigant respectfully request the Court for a fourteen (14) day extension of time to respond to the Courts' Order to show Cause.

Petitioner states he needs the additional time to complete his research.

Respectfully Submitted,

Alfonso Norman #11288-002
P.O. Box 34550
F.C.I. Memphis
Memphis, TN 38184-0550

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2008, I mailed by U.S. mail First class Postage prepaid, a copy of the instant motion to Assistant Attorney General J Thomas Leverette, address as follows:

J. THOMAS LEVERETTE
ASSISTANT ATTORNEY GENERAL
ALABAMA STATE HOUSE. 11 SOUTH UNION
MONTGOMERY. ALABAMA 36130-0152

ALFONSO NORMAN