IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALFONSO NORMAN,  )
    Petitioner,  )
                     ) CIVIL ACTION NO. 2:08cv229-WKW
vs.                )
                     )
STATE OF ALABAMA,  )
    Respondent.  )

MOTION REQUESTING U.S. DISTRICT COURT TO RECHARACTERIZE
HIS 28 U.S.C. § 2254 PETITION TO A 28 U.S.C. A 1651
<u>WRIT OF ERROR CORAM NOBIS</u>

    Comes Now Alfonso Norman in the capacity of a pro-se litigant respectfully requesting the U.S. District Court to construe his 2254 petition as a Writ of Error Coram Nobis. The petitioner hereby states the reason for construing the 2254 petition as follows:

1. The Due Process Clause of the Fifth Amendment requires a Procedural vehicle to expunge a conviction, when a court without Jurisdiction convicts and sentences a defendant the conviction and sentence are void from their inception and remain void long after a defendant has fully suffered their direct force. <u>United States</u> <u>v</u>. <u>Peter</u>, 310 F.3d 709 (11th Cir. 2002)

2. Jurisdictional error is by its nature of such a fundamental character as to render proceedings irregular and invalid and coram nobis relief affords a procedural vehicle through which such error may be corrected. <u>United States</u> <u>v</u>. <u>Morgan</u>, 346 U.S. 502, 74 S.Ct. 247, 98 L.Ed. 248 (1954).

3. The Circuit Court for the Fifteenth Judicial Circuit of the State of Alabama lacked subject matter jurisdiction over Case No. CC-91-398.60 because the Indictment was void the plea is void the conviction is void and petitioner has exhausted his remedies in state's higher Courts and this Error is properly before the U.S. District Court to Expunge the petitioner record of this void conviction.

4. Writ of Error Coram Nobis is not subject to the Time-Bar as the 2254 petition.

5. Petitioner is not in custody pursuant to this State Court Judgment he is challenging.

Respectfully Submitted,

ALFONSO NORMAN #11288-002
P.O. BOX 34550
F.C.I. Memphis
Memphis, TN 38184-0550

## CONCLUSION

Petitioner conclude that this prior void state conviction has been used against him in federal court for the purposes of enhancement. Thereby making his federal imprisonment much longer than it would have been without the void state conviction....

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2008 I mailed by U.S. mail postage service First class prepaid a copy of the instant motion to Assistant Attorney General J. Thomas Leverette, addressd as follows:

J. Thomas Leverette, Assistant Attorney General
Alabama State House
11 South Union
Montgomery, Alabama 36130-0152

ALFONSO NORMAN



Alfonso Norman #11288-002
P.O. Box 34550
Federal Correctional Instiution
Memphis, TN 38184-0550

Legal Mail

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711