IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALPHONSO NORMAN, <br> Reg. No 11288-002, <br><br> Petitioner, <br><br> v <br><br> STATE OF ALABAMA, *et al.*, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.2:08cv229-WKW <br> ) <br> ) <br> ) <br> ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by Petitioner (Doc. 16), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that Petitioner be GRANTED an extension from June 6, 2008, to and including June 27, 2008, to show cause why his 28 U.S.C. § 2254 petition for habeas corpus relief should not be dismissed as it was not filed within a reasonable time after enactment of the AEDPA, in compliance with this court's orders.

Done this 19th day of June, 2008.

                                            /s/Susan Russ Walker
                                            SUSAN RUSS WALKER
                                            CHIEF UNITED STATES MAGISTRATE JUDGE