IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALPHONSO NORMAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:08-CV-229-WKW |
| | ) |
| STATE OF ALABAMA, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge ("Recommendation") (Doc. # 22), and after an independent review, it is ORDERED that:

(1) The Recommendation is ADOPTED;

(2) Petitioner Alphonso Norman's petition for a writ of habeas corpus (Doc. # 1) is DENIED, and;

(3) This case is DISMISSED with prejudice.

DONE this 17th day of December, 2009.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE