IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALPHONSO NORMAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-CV-229-WKW |
| | ) | |
| STATE OF ALABAMA, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

# ORDER

On Petitioner's motion (Doc. # 25), the court extended the time to object to the Recommendation of the Magistrate Judge ("Recommendation") (Doc. # 22). Petitioner has now filed an Objection (Doc. # 27), and the court has accordingly conducted an independent and *de novo* review of all portions of the Recommendation objected to. Such a review reveals that Mr. Norman's petition, filed 17 years after his state court conviction and 12 years after the expiration of his state sentence, is plainly barred by the statute of limitations found in 28 U.S.C. § 2244(d). On this basis alone, it must be denied.

Accordingly, it is ORDERED that:

(1) The Recommendation (Doc. # 22) is ADOPTED;

(2) The Objection (Doc. # 27) is OVERRULED;

(3) Petitioner Alphonso Norman's petition for a writ of habeas corpus (Doc. # 1) is DENIED;

(4) To the extent the Objection contains a motion for a *de novo* hearing, that motion is DENIED, and;

(5) This case is DISMISSED with prejudice.

DONE this 13th day of January, 2010.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE